Christopher H. Strate
Robert E. Rudnick (*pro hac to be filed*)
Jason R. Halpin
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel:  973-596-4727
Fax:  973-639-8318

*Attorneys for Plaintiff IOPLEX Software LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IOPLEX SOFTWARE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZOHO CORPORATION, <br><br> Defendant. | Civil Action No. 21-cv-7362 <br><br> *Document electronically filed* <br><br> **CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2** |

Pursuant to Local Civil Rule 11.2, Plaintiff, by and through its attorneys, Gibbons P.C., states that the matter in controversy is not the subject of any other action pending in any court, or any pending arbitration or administrative proceeding to the best of our knowledge or belief.

Dated:  March 30, 2021
       Newark, New Jersey

s/    Christopher H. Strate
Christopher H. Strate
Robert E. Rudnick (*pro hac to be filed*)
Jason R. Halpin
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel:  973-596-4727
Fax:  973-639-8318
rrudnick@gibbonslaw.com
cstrate@gibbonslaw.com
jhalpin@gibbonslaw.com
*Attorneys for Plaintiff IOPLEX Software LLC*