Christopher H. Strate
Robert E. Rudnick (*pro hac to be filed*)
Jason R. Halpin
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: 973-596-4727
Fax: 973-639-8318

*Attorneys for Plaintiff IOPLEX Software LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IOPLEX SOFTWARE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>    Defendant. | Civil Action No. 21-cv-7362_<br><br>*Document electronically filed*<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1** |

I, Christopher H. Strate, Esq., admitted to the bars of the State of New Jersey and this Court and a member of the law firm of Gibbons P.C., counsel for Plaintiff IOPLEX Software LLC in the above-captioned matter, hereby state that there is no publicly held corporation that owns 10% or more of the stock of IOPLEX Software LLC.

Dated: March 30, 2021
    Newark, New Jersey

s/ Christopher H. Strate
Christopher H. Strate
Robert E. Rudnick (pro hac to be filed)
Jason R. Halpin
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: 973-596-4727
Fax: 973-639-8318
rrudnick@gibbonslaw.com
cstrate@gibbonslaw.com
jhalpin@gibbonslaw.com

*Attorneys for Plaintiff IOPLEX Software LLC*

2857428.1 116648-104073