Christopher H. Strate
Robert E. Rudnick (*pro hac to be filed*)
Jason R. Halpin
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel: 973-596-4727
Fax: 973-639-8318

*Attorneys for Plaintiff IOPLEX Software LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IOPLEX SOFTWARE LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZOHO CORPORATION, <br><br> Defendant. | Civil Action No. 21-cv-7362 <br><br> *Document Electronically Filed* <br><br> **COMPLAINT AND JURY DEMAND** |

Plaintiff, by its attorneys, for its Complaint against Defendant ZOHO Corporation, alleges as follows (on knowledge as to Plaintiff; otherwise on information and belief):

### JURISDICTION AND VENUE

1.     This is an action for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").  This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a).

2.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(a).

### THE PARTIES

3.     Plaintiff IOPLEX Software LLC ("IOPLEX") is a limited liability company organized and existing under the laws of the State of New Jersey with a principal place of business at 217

Prospect Ave., Unit 8-1A, Cranford, New Jersey 07016. IOPLEX's sole member is Michael B. Allen, who is an individual domiciled in Cranford, New Jersey.

4.      Defendant ZOHO Corporation ("ZOHO") is a corporation organized and existing under the laws of the State of California, with a principal place of business at 4141 Hacienda Drive, Pleasanton, California 94588. ZOHO is registered to do business in New Jersey and, on information and belief, maintains an office in New Jersey. Moreover, IOPLEX's claims in this matter relate to or arise out of ZOHO's contacts with New Jersey, including ZOHO's extensive communications and negotiations with IOPLEX concerning the scope of the licenses it wished to purchase for IOPLEX's software.

## CLAIMS OF COPYRIGHT INFRINGEMENT

5.      Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 4.

6.      IOPLEX develops and licenses computer software, including Jespa, which provides a "Single Sign-On" ("SSO") feature that enables users to log in to separate software systems and/or websites by entering their ID and password only once.

7.      Since the original version of Jespa was created, IOPLEX has created several subsequent versions of the software. The versions of Jespa that are pertinent to this action include versions 1.0.0, 1.1.19, 1.2.0, 1.2.2, 1.2.4, and 1.2.5.

8.      Allen created the original version of Jespa, and all subsequent versions of Jespa, as "works made for hire" in his capacity as the sole employee of IOPLEX. To the extent each version of Jespa cannot be deemed works made for hire, Allen has assigned all of his interest in the copyrights thereto to IOPLEX.

9.      IOPLEX has registered the copyrights to each of Jespa versions 1.0.0, 1.1.19, 1.2.0,

1.2.2, 1.2.4, and 1.2.5.  (*See* Exhibit A)

10.     ZOHO is a software company that develops primarily cloud based business applications under its ZOHO brand and primarily IT management products under its ManageEngine brand.  ZOHO has more than 50 software products that it licenses to customers.

11.     In August 2009, IOPLEX and ZOHO entered into an IOPLEX Software Embedded Distribution License Agreement (the "2009 Agreement"), pursuant to which IOPLEX granted ZOHO a license to embed Jespa into two of its software products.  The 2009 Agreement, however, restricted the ZOHO products in which Jespa could be embedded to two fields of use:  (1) IT help desk and asset management and (2) IT password management.  In other words, the 2009 Agreement stated that ZOHO did not have a license to embed Jespa in (a) any products that were used for fields other than IT help desk and asset management or IT password management, and (b) a third product in any field.

12.     The 2009 Agreement resulted from two months of detailed, and at times contentious, negotiations over the scope of the contract.  For example, early in the negotiations, ZOHO was requesting that IOPLEX grant a license for ZOHO to embed Jespa in all of its products, regardless of the number of products, and without any field-of-use restrictions.  IOPLEX rejected this request and ZOHO relented, agreeing to limits of two products and two fields of use.

13.     In March 2011, IOPLEX and ZOHO entered into a second IOPLEX Software Embedded Distribution License Agreement (the "2011 Agreement"), pursuant to which IOPLEX granted ZOHO a license to embed Jespa into one more of its software products; provided, however, that the product was limited to the following fields of use:  (1) performance monitoring of network devices and applications and (2) configuration and management of routers, switches, firewalls and VPNs.

14.     The 2011 Agreement resulted from six months of detailed negotiations, including

3

another discussion of ZOHO's desire to purchase a license unrestricted by field of use.  Early in the

negotiations preceding the 2011 Agreement, ZOHO proposed that it pay IOPLEX a percentage of its

sales of one ZOHO product into which Jespa would be embedded, but which would also permit other

applications, including those of ZOHO's customers and those of other companies, to achieve the SSO

functionality provided by Jespa indirectly and without embedding Jespa in those other applications.

Ultimately, however, the prices ZOHO proposed were not acceptable to IOPLEX, and ZOHO did not

accept IOPLEX's counterproposals.  Instead, IOPLEX and ZOHO agreed to a license for one product

in two fields of use.

15.     In or about May 2018, IOPLEX discovered that ZOHO was distributing Jespa on its

own, and not embedded in any ZOHO product, free-of-charge and without limitation, to anyone who

chose to download it.  IOPLEX informed ZOHO that by distributing Jespa without embedding it in

an authorized product, ZOHO was infringing on IOPLEX's copyrights.  ZOHO asserted that it was

an inadvertent error intended to provide a fix for customers who were experiencing "SSO breakage."

16.     In response to IOPLEX's demand, ZOHO removed the offending content from its

website.  Because the Jespa file that ZOHO was distributing on its own was activated with ZOHO's

license key, IOPLEX revoked the compromised license key to stop individuals who may have

downloaded the Jespa file from extracting and using ZOHO's license key, and reissued a new license

key to ZOHO.

17.     In or about October 2020, IOPLEX discovered that ZOHO has been embedding Jespa

in many of its products, including many products that fall outside the fields of use described in the

2009 Agreement and the 2011 Agreement.  Moreover, although the 2009 Agreement and the 2011

Agreement restricted ZOHO to embedding Jespa in only three products, ZOHO has been embedding

Jespa in far more products than that.

18. ZOHO products in which Jespa has been used or embedded outside the 2009 Agreement and the 2011 Agreement include:

- ADSelfService Plus;

- AD360;

- NetFlow Analyzer;

- ADManager Plus;

- Access Manager Plus;

- FirewallAnalyzer;

- Key Manager Plus; and

- SupportCenter Plus.

19. IOPLEX expects to identify through discovery additional ZOHO products in which Jespa has been used or embedded outside the 2009 Agreement and the 2011 Agreement.

20. By embedding Jespa in products other than the three for which IOPLEX granted licenses, and thereafter distributing those products to its customers, ZOHO has copied Jespa without a license and thereby infringed IOPLEX's copyrights in Jespa.

21. By embedding Jespa in products that fall outside the fields of use for which IOPLEX granted licenses, and thereafter distributing those products to its customers, ZOHO has copied Jespa without a license and thereby infringed IOPLEX's copyrights in Jespa.

22. The purposes of field of use restrictions such as those in the 2009 Agreement and the 2011 Agreement include, inter alia, to prevent IOPLEX's customers from creating a product that would compete with Jespa itself.

23. By embedding Jespa in products that fall outside of the field of use restrictions, ZOHO has infringed on IOPLEX's copyright in order to create at least two products that do, in fact, compete

with Jespa. Specifically, ZOHO has included Jespa in products called ADSelfService Plus and AD360, both of which use Jespa for SSO authentication not only for ZOHO's own cloud applications, but also for cloud applications from other companies, including IBM, HP, Google, Oracle, Microsoft, and Dropbox.

24. ZOHO's infringement of IOPLEX's copyrights in Jespa has usurped revenue that IOPLEX would have earned had it licensed and distributed Jespa itself to the customers to whom ZOHO distributed Jespa.

25. When ZOHO distributed Jespa outside the field-of-use and product restrictions, IOPLEX informed ZOHO that it was infringing on IOPLEX's copyright and demanded that ZOHO stop. ZOHO's knowledge of these prior incidents demonstrates that ZOHO willfully infringed IOPLEX's copyright when it embedded Jespa in products for which it had no license to do so.

## COUNT ONE (Copyright Infringement - 17 U.S.C. § 501)

26. Plaintiff repeat and reallege each of the allegations contained in paragraphs 1 through 24.

27. IOPLEX owns the copyrights in Jespa versions 1.0.0, 1.1.19, 1.2.0, 1.2.2, 1.2.4, and 1.2.5.

28. IOPLEX has registered the copyrights in Jespa versions 1.0.0, 1.1.19, 1.2.0, 1.2.2, 1.2.4, and 1.2.5.

29. By copying and distributing Jespa versions 1.0.0, 1.1.19, 1.2.0, 1.2.2, 1.2.4, and 1.2.5 without a license to do so, ZOHO has infringed on IOPLEX's copyrights therein.

30. Because ZOHO knew it had no license to distribute Jespa versions 1.0.0, 1.1.19, 1.2.0, 1.2.2, 1.2.4, and 1.2.5 outside of the product and field-of-use limitations in the 2009 Agreement and the 2011 Agreement, its infringement of IOPLEX's copyrights was willful.

31.     As a result of ZOHO's infringement of IOPLEX's copyrights, IOPLEX has been damaged in an amount to be proven at trial.

32.     By continuing to distribute copies of Jespa versions 1.0.0, 1.1.19, 1.2.0, 1.2.2, 1.2.4, and 1.2.5 without a license to do so, ZOHO threatens to continue committing copyright infringement. Unless this Court restrains ZOHO from committing further acts of copyright infringement, IOPLEX will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiff prays that:

(I)  ZOHO, its agents, servants, employees, and all persons acting under its permission and authority, be enjoined and restrained from infringing, in any manner, IOPLEX's copyrighted software, specifically Jespa versions 1.0.0, 1.1.19, 1.2.0, 1.2.2, 1.2.4, and 1.2.5, pursuant to 17 U.S.C. § 502;

(II) ZOHO be ordered to pay IOPLEX's actual damages and ZOHO's profits, pursuant to 17 U.S.C. § 504(b);

(III) ZOHO, in the alternative, be ordered to pay statutory damages, pursuant to 17 U.S.C. § 504(c);

(IV) ZOHO be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. § 505; and

(V) The Court order such other and further relief as is just and equitable.

Dated: March 30, 2021          **GIBBONS P.C.**
       Newark, New Jersey

                               By:  s/  Christopher H. Strate
                                    Christopher H. Strate
                                    Robert E. Rudnick (*pro hac to be filed*)
                                    Jason R. Halpin
                                    **GIBBONS P.C.**
                                    One Gateway Center

Newark, New Jersey 07102
Tel:  973-596-4727
Fax:  973-639-8318
rrudnick@gibbonslaw.com
cstrate@gibbonslaw.com
jhalpin@gibbonslaw.com

*Attorneys for Plaintiff IOPLEX Software LLC*

## JURY DEMAND

Plaintiffs hereby demand a jury on all issues so triable.

Dated:  March 30, 2021  
       Newark, New Jersey

**GIBBONS P.C.**

By:  s/  Christopher H. Strate  
     Christopher H. Strate  
     Robert E. Rudnick Robert E. Rudnick (*pro hac to be filed*)  
     Jason R. Halpin  
     **GIBBONS P.C.**  
     One Gateway Center  
     Newark, New Jersey 07102  
     Tel:  973-596-4727  
     Fax:  973-639-8318  
     rrudnick@gibbonslaw.com  
     cstrate@gibbonslaw.com  
     jhalpin@gibbonslaw.com  

     *Attorneys for Plaintiff IOPLEX Software LLC*

EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-908-386

**Effective Date of Registration:**
November 05, 2020
**Registration Decision Date:**
November 06, 2020

---

## Title

**Title of Work:** Jespa 1.0.0

## Completion/Publication

**Year of Completion:** 2009
**Date of 1st Publication:** April 30, 2009
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brewster Allen
  **Author Created:** computer program
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1972

## Copyright Claimant

**Copyright Claimant:** IOPLEX Software LLC
217 Prospect Ave., Unit 8-1A, Cranford, NJ, 07016, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** IOPLEX Software LLC
**Name:** Michael Brewster Allen
**Email:** miallen@ioplex.com
**Telephone:** (908)377-7833
**Alt. Telephone:** (201)467-5391
**Address:** 217 Prospect Ave.

Unit 8-1A
Cranford, NJ 07016 United States

## Certification

**Name:** Michael Brewster Allen
**Date:** November 05, 2020

**Correspondence:** Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## TX 8-927-834

**Effective Date of Registration:**
November 22, 2020

**Registration Decision Date:**
January 15, 2021

---

## Title

**Title of Work:** Jespa 1.1.19

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** June 04, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** IOPLEX Software LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** IOPLEX Software LLC
217 Prospect Ave., Unit 8-1A, Cranford, NJ, 07016, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TX0008908386, 2020

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** IOPLEX Software LLC
**Name:** Michael Brewster Allen
**Email:** miallen@ioplex.com
**Telephone:** (908)377-7833
**Address:** 217 Prospect Ave.

Unit 8-1A
Cranford, NJ 07016 United States

## Certification

**Name:** Michael B Allen
**Date:** November 22, 2020

**Correspondence:** Yes
**Copyright Office notes:** Regarding special handling request: Claim upgraded for special handling per
request received on 1/12/2021 due to pending or prospective litigation.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## TX 8-927-836

**Effective Date of Registration:**
November 22, 2020

**Registration Decision Date:**
January 15, 2021

## Title _____

**Title of Work:** Jespa 1.2.0

## Completion/Publication _____

**Year of Completion:** 2017
**Date of 1st Publication:** March 24, 2017
**Nation of 1st Publication:** United States

## Author _____

- **Author:** IOPLEX Software LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant _____

**Copyright Claimant:** IOPLEX Software LLC
217 Prospect Ave., Unit 8-1A, Cranford, NJ, 07016, United States

## Limitation of copyright claim _____

**Material excluded from this claim:** computer program
**Previous registration and year:** TX0008908386, 2020
TX0008927834, 2020

**New material included in claim:** computer program

## Rights and Permissions _____

**Organization Name:** IOPLEX Software LLC
**Name:** Michael Brewster Allen
**Email:** miallen@ioplex.com
**Telephone:** (908)377-7833

| **Alt. Telephone:** | (201)467-5391 |
| **Address:** | 217 Prospect Ave. |
| | Unit 8-1A |
| | Cranford, NJ 07016 United States |

## Certification

| **Name:** | Michael B Allen |
| **Date:** | November 22, 2020 |

| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding special handling request: Claim upgraded for special handling per request received on 1/12/2021 due to pending or prospective litigation. |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-927-837

**Effective Date of Registration:**
November 22, 2020
**Registration Decision Date:**
January 15, 2021

## Title

**Title of Work:** Jespa 1.2.2

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** August 15, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** IOPLEX Software LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** IOPLEX Software LLC
217 Prospect Ave., Unit 8-1A, Cranford, NJ, 07016, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TX0008927836, 2020

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** IOPLEX Software LLC
**Name:** Michael Brewster Allen
**Email:** miallen@ioplex.com
**Telephone:** (908)377-7833
**Alt. Telephone:** (201)467-5391

|  |  |
|---|---|
| **Address:** | 217 Prospect Ave.<br>Unit 8-1A<br>Cranford, NJ 07016 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Michael B Allen |
| **Date:** | November 22, 2020 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding special handling request: Claim upgraded for special handling per request received on 1/12/2021 due to pending or prospective litigation. |

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-927-838

**Effective Date of Registration:**
November 22, 2020
**Registration Decision Date:**
January 15, 2021

---

## Title

**Title of Work:** Jespa 1.2.4

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** September 26, 2018
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** IOPLEX Software LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** IOPLEX Software LLC
217 Prospect Ave., Unit 8-1A, Cranford, NJ, 07016, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TX0008927837, 2020

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** IOPLEX Software LLC
**Name:** Michael Brewster Allen
**Email:** miallen@ioplex.com
**Telephone:** (908)377-7833
**Alt. Telephone:** (201)467-5391

|  |  |
|---|---|
| **Address:** | 217 Prospect Ave.<br>Unit 8-1A<br>Cranford, NJ 07016 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Michael B Allen |
| **Date**: | November 22, 2020 |

|  |  |
|---|---|
| **Correspondence:** | Yes |
| **Copyright Office notes:** | Regarding special handling request: Claim upgraded for special handling per request received on 1/12/2021 due to pending or prospective litigation. |



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TX 8-927-984

**Effective Date of Registration:**
January 16, 2021
**Registration Decision Date:**
January 19, 2021

## Title

**Title of Work:** Jespa 1.2.5

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 19, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** IOPLEX Software LLC
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** IOPLEX Software LLC
217 Prospect Ave., Unit 8-1A, Cranford, NJ, 07016, United States

## Limitation of copyright claim

**Material excluded from this claim:** computer program
**Previous registration and year:** TX0008927838, 2020
TX0008927837, 2020

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** IOPLEX Software LLC
**Name:** Michael Brewster Allen
**Email:** miallen@ioplex.com
**Telephone:** (908)377-7833

| | |
|---|---|
| **Alt. Telephone:** | (201)467-5391 |
| **Address:** | 217 Prospect Ave. |
| | Unit 8-1A |
| | Cranford, NJ 07016 United States |

## Certification

| | |
|---|---|
| **Name:** | Michael B Allen |
| **Date:** | January 16, 2021 |

**Correspondence:** Yes

JS 44 (Rev. 09/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

IOPLEX SOFTWARE LLC

**DEFENDANTS**

ZOHO CORPORATION

**(b)** County of Residence of First Listed Plaintiff    Union County, NJ
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant    Alameda, CA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Christopher H. Strate, Esq.
Gibbons P.C. One Gateway Center, Newark, NJ 07102
(973) 596 4500

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                                    *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product | | ☒ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original
Proceeding

☐ 2 Removed from
State Court

☐ 3 Remanded from
Appellate Court

☐ 4 Reinstated or
Reopened

☐ 5 Transferred from
Another District
*(specify)*

☐ 6 Multidistrict
Litigation -
Transfer

☐ 8 Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
17 U.S.C. §§ 101 et seq.

Brief description of cause:
Copyright infringement.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE                                    DOCKET NUMBER

DATE
03/30/2021

SIGNATURE OF ATTORNEY OF RECORD
s/ Christopher H. Strate

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG. JUDGE

Print          Save As...                                              Reset

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)** **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)** **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)** **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked**.** (See Section III below**; NOTE: federal question actions take precedence over diversity cases.**)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.** **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Christopher H. Strate
Robert E. Rudnick (*pro hac to be filed*)
Jason R. Halpin
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel:  973-596-4727
Fax:  973-639-8318

*Attorneys for Plaintiff IOPLEX Software LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IOPLEX SOFTWARE LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>ZOHO CORPORATION,<br><br>                    Defendant. | Civil Action No. 21-cv-7362<br><br>*Document electronically filed*<br><br>**CERTIFICATION PURSUANT TO<br>LOCAL CIVIL RULE 11.2** |

Pursuant to Local Civil Rule 11.2, Plaintiff, by and through its attorneys, Gibbons P.C.,

states that the matter in controversy is not the subject of any other action pending in any court, or

any pending arbitration or administrative proceeding to the best of our knowledge or belief.

Dated: March 30, 2021
        Newark, New Jersey

s/    Christopher H. Strate
Christopher H. Strate
Robert E. Rudnick (*pro hac to be filed*)
Jason R. Halpin
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel:  973-596-4727
Fax:  973-639-8318
rrudnick@gibbonslaw.com
cstrate@gibbonslaw.com
jhalpin@gibbonslaw.com
*Attorneys for Plaintiff IOPLEX Software LLC*