Christopher H. Strate
Robert E. Rudnick (*pro hac to be filed*)
Jason R. Halpin
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel:  973-596-4727
Fax:  973-639-8318

*Attorneys for Plaintiff IOPLEX Software LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IOPLEX SOFTWARE LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ZOHO CORPORATION,<br><br>　　　　　　Defendant. | Civil Action No.  21-cv-07362<br><br>*Document electronically filed*<br><br>**STIPULATION AND CONSENT ORDER EXTENDING DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for all parties to the above-captioned action that the time for Defendant ZOHO Corporation to answer or otherwise respond to Plaintiff IOPLEX Software LLC's Complaint, shall be extended through and including August 3, 2021.  The Parties jointly represent that the Complaint in this matter was served on May 21, 2021, that ZOHO Corporation's Answer to the Complaint is presently due July 20, 2021, that ZOHO Corporation's time to answer or otherwise respond to the Complaint has not yet expired, and that there have been no prior extensions of ZOHO Corporation's time to answer or otherwise respond to the Complaint.

**Dated**: July 12, 2021

| | |
|---|---|
| **By:** s/ Christopher H. Strate<br>Christopher H. Strate<br>Robert E. Rudnick (pro hac to be filed)<br>Jason R. Halpin<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, New Jersey 07102<br>Tel: 973-596-4727<br>Fax: 973-639-8318<br>rrudnick@gibbonslaw.com<br>cstrate@gibbonslaw.com<br>jhalpin@gibbonslaw.com<br><br>*Attorneys for Plaintiff IOPLEX Software LLC* | **By:** s/ Ryan Marton<br>Ryan Marton (pro hac to be filed)<br>**MARTON RIBERA SCHUMANN & CHANG LLP**<br>548 Market St. Suite 36117<br>San Francisco, CA 94104<br>Tel: 415-360-2515<br>ryan@martonribera.com<br><br>*Attorneys for Defendant ZOHO Corporation* |

**IT IS** on this ____ day of July, 2021,

**ORDERED** that the time for Defendant ZOHO Corporation to answer or otherwise respond to Plaintiff IOPLEX Software LLC's Complaint be and hereby is extended to August 3, 2021.

                                                     **SO ORDERED:**

                                                     _____
                                                     The Honorable James B. Clark
                                                     United States Magistrate Judge