Christopher H. Strate
Robert E. Rudnick
Jason R. Halpin
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102-5310
Tel.: (973) 596-4500
Fax: (973) 596-0545

*Attorneys for Plaintiff IOPLEX Software LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| IOPLEX SOFTWARE LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>      Defendant. | Civil Action No.: 2:21-07362 (JXN)(JBC)<br><br>*Document electronically filed.*<br><br>**NOTICE OF APPEARANCE OF ROBERT E. RUDNICK, ESQ.** |

   **PLEASE TAKE NOTICE** that the undersigned attorney hereby enters an appearance as counsel for Plaintiff *Ioplex Software LLC* in the above-captioned matter. Please serve copies of all papers in the captioned action upon the undersigned at the e-mail address listed below.

                    Respectfully submitted,

Dated: September 23, 2021    s/ Robert E. Rudnick
     Newark, New Jersey     Robert E. Rudnick
                  **GIBBONS P.C.**
                  One Gateway Center
                  Newark, New Jersey 07102-5310
                  Telephone: (973) 596-4727
                  Facsimile: (973) 639-8318
                  rrudnick@gibbonslaw.com