**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
**(973) 776-7700**

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

October 5, 2021

<u>**LETTER ORDER**</u>

Re:   <u>**IOPLEX Software LLC v. ZOHO Corporation**</u>
      **Civil Action No. 21-7362 (JXN)**

Dear Counsel,

The initial conference scheduled in this matter for <u>**October 25, 2021 at 10:00 AM**</u> is adjourned to <u>**December 6, 2021 at 11:00 AM**</u>.

**IT IS SO ORDERED.**

   s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**
