## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IOPLEX SOFTWARE LLC, | Civil Action No.  2:21-cv-07362-JXN-JBC |
| Plaintiff, | |
| | *Document electronically filed* |
| v. | |
| ZOHO CORPORATION, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

**THIS MATTER** having been settled pursuant to a confidential written Settlement Agreement between Plaintiff IOPLEX Software LLC and Defendant Zoho Corporation, and the undersigned counsel for the parties having herein consented to a dismissal of all of their claims and the within action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

**IT IS** herein stipulated that the within action and claims of IOPLEX Software LLC are dismissed with prejudice and each party shall bear its own costs and attorneys' fees; and

**THIS COURT** shall retain jurisdiction to enforce the settlement between the parties.

**IT IS SO STIPULATED:**

**By:**   s/ Christopher H. Strate
Christopher H. Strate
Robert E. Rudnick
Jason R. Halpin
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Tel:  973-596-4727
Fax:  973-639-8318
rrudnick@gibbonslaw.com
cstrate@gibbonslaw.com
jhalpin@gibbonslaw.com

*Attorneys for Plaintiff IOPLEX Software LLC*

**By:**   s/ Kenneth S. Weitzman
Kenneth S. Weitzman
**WEITZMAN LAW OFFICES, LLC**
425 Eagle Rock Avenue
Suite 401
Roseland, NJ 07068
Tel: 973-403-9940
Fax: (973) 403-9944
kweitzman@weitzmanip.com

Ryan Marton (*admitted pro hac vice*)
Phillip J. Haack (*admitted pro hac vice*)
Songmee L. Connolly (*admitted pro hac vice*)
**MARTON RIBERA SCHUMANN & CHANG LLP**
548 Market St. Suite 36117
San Francisco, CA 94104
Tel: 415-360-2515
ryan@martonribera.com
phaack@martonribera.com
songmee@martonribera.com

*Attorneys for Defendant ZOHO Corporation*

**SO ORDERED ON 1/3/2023:**

Honorable Julien Xavier Neals, U.S.D.J.